11090141
6/28/10
$ 150.25

# JOHN H. RING, III
ATTORNEY AT LAW
385 CLEVELAND DRIVE
BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

June 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501



FILED
JUN 28 2010
BANKRUPTCY COURT
BUFFALO, N.Y.

Re:   Robert H. Bortz, Jr/Venus M.T. Bortz
      Bk. No. 98-13787

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Robert H. Bortz, Jr/Venus M.T. Bortz.

I have stopped payment on these checks since they are beyond the 90 day period and I am enclosing the Estate of Robert J. Talbot's check no. 10122 in the amount of $150.25 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Robert H. Bortz, Jr/Venus M.T. Bortz.

Claim No. 8        JC Penney Company, Inc.            $150.25
                   Bankruptcy Department
                   PO Box 533
                   Dallas, TX 75221

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK



In re:

BORTZ, ROBERT H., JR.
BORTZ, VENUS M.T.

        Debtors.

Chapter 7

Case No. 98-13787 CLB

**STATEMENT OF
UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 8 | JC PENNEY COMPANY, INC.<br>BANKRUPTCY DEPARTMENT, P.O. BOX 533<br>DALLAS, TX 75221 | $649.86 | $150.25 |

**TOTAL UNCLAIMED DIVIDENDS:**                             $ 150.25

Dated: June 25, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994